IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RAMEOUS SPENCER, ET AL**                                                                 **PLAINTIFFS**

**VS.**                                     **CIVIL ACTION NO: 4:10-cv-00055-SA-DAS**

**GREENWOOD PUBLIC SCHOOL DISTRICT,
OFFICER CURTIS LEE IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES, AND CITY OF GREENWOOD**                **DEFENDANTS**

### ORDER OF DISMISSAL

This matter having come before the Court for entry of an Order dismissing all claims of Plaintiffs against Defendant City of Greenwood, Mississippi in Civil Action No. 4:10cv55(SA)(DAS), and having been advised in the premises as to this matter, the Court holds all of Plaintiffs' claims against Defendant City of Greenwood, Mississippi should be dismissed without prejudice. This Order does not affect any of Plaintiffs' other claims against the remaining Defendants in this cause of action.

IT IS, THEREFORE, ORDERED that Plaintiffs' claims against the City of Greenwood, Mississippi are dismisseD without prejudice, with each party to bear its own attorney's fees and respective costs incurred in connection with this action.

SO ORDERED, this the 25th day of May, 2010.

                                                       **/s/ Sharion Aycock**
                                                       **UNITED STATES DISTRICT JUDGE**